UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES<br>Plaintiff(s)<br>v.<br>ZUKERMAN CONSTRUCTION COMPANY<br>Defendant(s). | C 07-03958 JL<br>SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. §§ 12181- 89) |

    **IT IS HEREBY ORDERED** that this action is assigned to the Honorable <u>James Larson</u>. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders. This case is otherwise exempt from Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

## CASE SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| 8/1/2007 | **Complaint filed** | |
| 10/1/2007 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | <u>General Order 56; Civil Local Rule 7-11</u> |
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises | <u>FRCivP 26(a);</u><br><u>General Order 56 ¶2;</u> |
| 11/9/2007 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement | <u>General Order 56 ¶3,4;</u> |
| 10 business days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | <u>General Order 56 ¶4;</u> |
| 45 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" | <u>General Order 56 ¶6;</u> |
| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | <u>General Order 56 ¶7; Civil Local Rule 7-11</u> |