THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>    Plaintiff,<br><br>v.<br><br>ZUKERMAN CONSTRUCTION COMPANY,<br><br>    Defendant.<br>_____/ | Case No.  C 07-3958-JL<br><br>NOTICE OF NON-COMPLIANCE WITH THE CASE SCHEDULE |

NOTICE IS HEREBY GIVEN that the parties acknowledge the requirements of the Case Schedule and that they have not complied with them.

The Case Schedule requires there to be a "Joint Inspection" by November 9, 2007. The parties had agreed to hold a joint inspection with Plaintiff's counsel and Plaintiff's Expert on November 8, 2007 at 11:00 a.m.. However, on November 7, 2007 Magistrate Laport unexpectedly required Defense counsel to attend a Settlement Conference in another case on November 8, 2007 at 10:00 a.m. Because of this, the parties are unable to conduct their joint inspection on time.

The parties intend to schedule and hold a joint inspection at the earliest convenient date, hopefully by the end of November 2007.

November 8, 2007

S/Thomas N. Stewart, III<br>Attorney for Plaintiff