THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 07-3958-JL |
| Plaintiff, | PLAINTIFF'S NOTICE OF NEED FOR MEDIATION |
| v. | |
| ZUKERMAN CONSTRUCTION COMPANY, | |
| Defendant. _____/ | |

TO THE COURT AND DEFENSE COUNSEL:

NOTICE IS HEREBY GIVEN that a Mediation is required in an attempt to resolve this

Action.

January 3, 2008

                                      S/Thomas N. Stewart, III
                                        Attorney for Plaintiff